UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER SITE :
LITIGATION :
---------------------------------------------------------------x
BRIAN KEVAN,

                Plaintiff,

       - against -

A. RUSSO WRECKING, INC. et al.

                Defendants.
---------------------------------------------------------------x

**STIPULATION OF DISMISSAL**

CIV. ACTION NO. 1:20-CV-04710(AKH)

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all of the Plaintiff's claims against Defendants identified in the attached **Addendum A** are hereby dismissed with prejudice and without costs to any party.

NAPOLI SHKOLNIK, PLLC

By: _____
Christopher LoPalo, Esq.
*Attorneys for Plaintiff*
400 Broadhollow Road, Suite 305
Melville, NY 11740
(212) 397-1000
clopalo@napolilaw.com

Dated: 8/3, 2021

PELLIS LAW GROUP, LLP

By: _____
Joseph E. Hopkins, Esq.

*Attorneys for Defendant*
The City of New York
37 North Broadway, Suite 1
Nyack, New York 10960
(845) 535-3939
jhopkins@pellislaw.com

Dated: 8-4-21, 2021

AARONSON RAPPAPORT
FEINSTEIN & DEUTSCH, LLP

By: _____
Nancy L. Pennie, Esq.
*Attorneys for Defendants listed in Addendum A*
600 Third Avenue
New York, NY 10016
(212) 593-6795
nlpennie@arfdlaw.com

Dated: August 3, 2021

SEGAL MCCAMBRIDGE SINGER &
MAHONEY, LTD

By: _____
Christian H. Gannon, Esq.
Michael J. McKeown, Esq.
*Attorneys for Defendant*
The Port Authority of New York and New Jersey
850 Third Avenue. 11th Floor
New York, NY 10022
(212) 651-7500
mmckeown@SMSM.com

Dated: _____, 2021

{02013688.DOCX }

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IN RE WORLD TRADE CENTER DISASTER SITE
LITIGATION
---------------------------------------------------------------x
BRIAN KEVAN,

                      Plaintiff,

          - against -

A. RUSSO WRECKING, INC. et al.

                    Defendants.
---------------------------------------------------------------x

**STIPULATION OF DISMISSAL**

CIV. ACTION NO. 1:20-CV-04710(AKH)

**IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all of the Plaintiff's claims against Defendants identified in the attached **Addendum A** are hereby dismissed with prejudice and without costs to any party.

NAPOLI SHKOLNIK, PLLC

By: _____
Christopher LoPalo, Esq.
*Attorneys for Plaintiff*
400 Broadhollow Road, Suite 305
Melville, NY 11740
(212) 397-1000
clopalo@napolilaw.com

Dated: 8/3, 2021

PELLIS LAW GROUP, LLP

By: _____
Joseph E. Hopkins, Esq.

*Attorneys for Defendant*
*The City of New York*
37 North Broadway, Suite 1
Nyack, New York 10960
(845) 535-3939
jhopkins@pellislaw.com

Dated: _____, 2021

AARONSON RAPPAPORT
FEINSTEIN & DEUTSCH, LLP

By: _____
Nancy L. Pennie, Esq.
*Attorneys for Defendants listed in Addendum A*
600 Third Avenue
New York, NY 10016
(212) 593-6795
nlpennie@arfdlaw.com

Dated: August 3, 2021

SEGAL MCCAMBRIDGE SINGER &
MAHONEY, LTD

By: _____
Christian H. Gannon, Esq.
Michael J. McKeown, Esq.
*Attorneys for Defendant*
*The Port Authority of New York and New Jersey*
850 Third Avenue. 11th Floor
New York, NY 10022
(212) 651-7500
mmckeown@SMSM.com

Dated: August 5, 2021

{02013688.DOCX }

## ADDENDUM A

A. RUSSO WRECKING, INC.
AMEC CONSTRUCTION MANAGEMENT, INC.
ANTHONY CORTESE SPECIALIZED HAULING, LLC
ATLANTIC-HEYDT CORPORATION
BERKEL & CO. CONTRACTORS, INC.
BIG APPLE WRECKING & CONSTRUCTION CORP.
LENDLEASE (US) CONSTRUCTION LMB INC. s/h/a BOVIS LEND LEASE LMB, INC.
BREEZE CARTING INC.
BREEZE NATIONAL, INC.
BRER-FOUR TRANSPORTATION CORP.
BURO HAPPOLD CONSULTING ENGINEERS, P.C.
C.B. CONTRACTING CORP.
CANRON CONSTRUCTION CORP.
CORD CONTRACTING CO., INC.
DAKOTA DEMO-TECH
DIAMOND POINT EXCAVATING CORPORATION
DIVERSIFIED CARTING, INC.
DMT ENTERPRISE, INC.
EAGLE ONE ROOFING CONTRACTORS, INC.
E.J. DAVIES, INC.
EN-TECH CORPORATION
TULLY ENVIRONMENTAL, INC. d/b/a and s/h/a EVERGREEN RECYCLING OF CORONA (EROC)
EWELL W. FINLEY, P.C.
EXECUTIVE MEDICAL SERVICES, P.C.
FLEET TRUCKING, INC.
FRANCIS A. LEE COMPANY
FTI TRUCKING CORP.
GILSANZ MURRAY STEFICEK, LLP
GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PC
HALLEN WELDING SERVICES, INC.
HP ENVIRONMENTAL, INC.
SKANSKA KOCH, INC. s/h/a KOCH SKANSKA INC.
LAQUILA CONSTRUCTION, INC.
LA STRADA GENERAL CONTRACTING CORP.
LESLIE E. ROBERTSON ASSOCIATES, R.L.L.P.
LIBERTY MUTUAL INSURANCE COMPANY s/h/a LIBERTY MUTUAL GROUP
LOCKWOOD, KESSLER & BARTLETT, INC.
LUCIUS PITKIN, INC.
THORNTON TOMASETTI, INC. s/h/a LZA TECH-DIV OF THORTON TOMASETTI
MANAFORT BROTHERS INCORPORATED
MAZZOCCHI WRECKING, INC.
HUDSON MERIDIAN CONSTRUCTION GROUP, L.L.C. f/k/a MERIDIAN CONSTRUCTION CORP.

{02013688.DOCX }

MORETRENCH AMERICAN CORP.
MRA ENGINEERING , P.C.
MUESER RUTLEDGE CONSULTING ENGINEERS
NEW YORK CRANE & EQUIPMENT CORP.
NICHOLSON CONSTRUCTION CO.
PETER SCALAMANDRE & SONS, INC.
PINNACLE ENVIRONMENTAL CORP.
PLAZA CONSTRUCTION LLC s/h/a PLAZA CONSTRUCTION CORP.
PRO SAFETY SERVICES, LLC
PT & L CONTRACTING
ROBERT SILMAN ASSOCIATES, P.C.
ROBERT L. GEROSA, INC.
RODAR ENTERPRISES, INC.
ROYAL GM INC.
SAB TRUCKING, INC.
SEMCOR EQUIPMENT & MANUFACTURING CORP.
SILVERITE CONTRACTING CORP.
SIMPSON GUMPERTZ & HEGER, INC.
SKIDMORE OWINGS & MERRILL, LLP s/h/a SKIDMORE, OWING & MERRILL LLP
THORNTON TOMASETTI, INC. s/h/a THORTON-TOMASETTI GROUP, INC.
TOTAL SAFETY CONSULTING, LLC
TUCCI EQUIPMENT RENTAL CORPORATION
TULLY CONSTRUCTION CO., INC.
TURNER CONSTRUCTION COMPANY
VOLLMER ASSOCIATES, LLP (n/k/a STANTEC CONSULTING SERVICES, INC.)
WEIDLINGER ASSOCIATES, INC.
WOLKOW BRAKER ROOFING, CORP.
WSP CANTOR SEINUK
YANNUZZI & SONS INC.
YONKERS CONTRACTING COMPANY, INC.

{02013688.DOCX }