UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION
------------------------------------------------------------- X
BRIAN KEVAN,

                Plaintiff,

                -against-

A RUSSO WRECKING, INC., et al.,

                Defendants.
------------------------------------------------------------- X

Case No. 1:20-cv-04710 (AKH)

**ORDER**

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Pursuant to the Joint Motion for Voluntary Dismissal brought by Plaintiff Brian Kevan (together with Defendant the City of New York and Defendants identified in Addendum A attached hereto) pursuant to Fed. R. Civ. P. 41(a)(2) and based upon the Declaration of Christopher R. LoPalo submitted therewith, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, therefore for the reasons set forth in the Joint Motion:

1. The claims of Plaintiff Brian Kevan as against Defendant the City of New York (including the Board of Education of the City of New York, Borough of Manhattan Community College, City University of New York, New York City Department of Education, and New York City School Construction Authority) be and the same are hereby dismissed with prejudice and without costs to any party; and

2. The claims of Plaintiff Brian Kevan as against the Defendants identified in Addendum A hereto be and the same are hereby dismissed with prejudice and without costs to any party.

3. Plaintiff shall file a revised caption for the Court's approval, to replace the existing caption.

SO ORDERED:

Dated: ___March 31___, 2022

                                                     /s/ Alvin K. Hellerstein
                                             Hon. Alvin K. Hellerstein, U.S.D.J.

# ADDENDUM A

A. RUSSO WRECKING, INC.
AMEC CONSTRUCTION MANAGEMENT, INC.
ANTHONY CORTESE SPECIALIZED HAULING, LLC
ATLANTIC-HEYDT CORPORATION
BERKEL & CO. CONTRACTORS, INC.
BIG APPLE WRECKING & CONSTRUCTION CORP.
LENDLEASE (US) CONSTRUCTION LMB INC. s/h/a BOVIS LEND LEASE LMB, INC.
BREEZE CARTING INC.
BREEZE NATIONAL, INC.
BRER-FOUR TRANSPORTATION CORP.
BURO HAPPOLD CONSULTING ENGINEERS, P.C.
C.B. CONTRACTING CORP.
CANRON CONSTRUCTION CORP.
CORD CONTRACTING CO., INC.
DAKOTA DEMO-TECH
DIAMOND POINT EXCAVATING CORPORATION
DIVERSIFIED CARTING, INC.
DMT ENTERPRISE, INC.
EAGLE ONE ROOFING CONTRACTORS, INC.
E.J. DAVIES, INC.
EN-TECH CORPORATION
TULLY ENVIRONMENTAL, INC. d/b/a and s/h/a EVERGREEN RECYCLING OF CORONA (EROC)
EWELL W. FINLEY, P.C.
EXECUTIVE MEDICAL SERVICES, P.C.
FLEET TRUCKING, INC.
FRANCIS A. LEE COMPANY
FTI TRUCKING CORP.
GILSANZ MURRAY STEFICEK, LLP
GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PC
HALLEN WELDING SERVICES, INC.
HP ENVIRONMENTAL, INC.
SKANSKA KOCH, INC. s/h/a KOCH SKANSKA INC.
LAQUILA CONSTRUCTION, INC.
LA STRADA GENERAL CONTRACTING CORP.
LESLIE E. ROBERTSON ASSOCIATES, R.L.L.P.
LIBERTY MUTUAL INSURANCE COMPANY s/h/a LIBERTY MUTUAL GROUP
LOCKWOOD, KESSLER & BARTLETT, INC.
LUCIUS PITKIN, INC.
THORNTON TOMASETTI, INC. s/h/a LZA TECH-DIV OF THORTON TOMASETTI
MANAFORT BROTHERS INCORPORATED
MAZZOCCHI WRECKING, INC.
HUDSON MERIDIAN CONSTRUCTION GROUP, L.L.C. f/k/a MERIDIAN CONSTRUCTION CORP.

3

MORETRENCH AMERICAN CORP.
MRA ENGINEERING , P.C.
MUESER RUTLEDGE CONSULTING ENGINEERS
NEW YORK CRANE & EQUIPMENT CORP.
NICHOLSON CONSTRUCTION CO.
PETER SCALAMANDRE & SONS, INC.
PINNACLE ENVIRONMENTAL CORP.
PLAZA CONSTRUCTION LLC s/h/a PLAZA CONSTRUCTION CORP.
PRO SAFETY SERVICES, LLC
PT & L CONTRACTING
ROBERT SILMAN ASSOCIATES, P.C.
ROBERT L. GEROSA, INC.
RODAR ENTERPRISES, INC.
ROYAL GM INC.
SAB TRUCKING, INC.
SEMCOR EQUIPMENT & MANUFACTURING CORP.
SILVERITE CONTRACTING CORP.
SIMPSON GUMPERTZ & HEGER, INC.
SKIDMORE OWINGS & MERRILL, LLP s/h/a SKIDMORE, OWING & MERRILL LLP
THORNTON TOMASETTI, INC. s/h/a THORTON-TOMASETTI GROUP, INC.
TOTAL SAFETY CONSULTING, LLC
TUCCI EQUIPMENT RENTAL CORPORATION
TULLY CONSTRUCTION CO., INC.
TURNER CONSTRUCTION COMPANY
VOLLMER ASSOCIATES, LLP (n/k/a STANTEC CONSULTING SERVICES, INC.)
WEIDLINGER ASSOCIATES, INC.
WOLKOW BRAKER ROOFING, CORP.
WSP CANTOR SEINUK
YANNUZZI & SONS INC.
YONKERS CONTRACTING COMPANY, INC.