**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------  X
                                                             :
IN RE WORLD TRADE CENTER                                     :
DISASTER SITE LITIGATION                                     :
-----------------------------------------------------------  X
BRIAN KEVAN,                                                 :
                                                             :   Case No. 1:20-cv-04710 (AKH)
                                                             :
                            Plaintiff,                       :
                                                             :
                -against-                                    :
                                                             :
THE PORT AUTHORITY OF NEW YORK AND                           :
NEW JERSEY                                                   :
                                                             :
                            Defendant.                       X
-----------------------------------------------------------
```

[PROPOSED] REVISED CAPTION PURUSANT THE COURT'S MARCH 31, 2022 ORDER


Dated: __April 8_____, 2022


SO ORDERED:                                  ___/s/ Alvin K. Hellerstein_____
                                             Hon. Alvin K. Hellerstein, U.S.D.J.

1